March 25, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SJ MEDICAL CENTER, LLC, INDIVIDUALLY AND D/B/A ST. JOSEPH MEDICAL CENTER, HOSPITAL PARTNERS OF AMERICA, INC., SJ MEDICAL CENTER MANAGEMENT, LLC, IASIS HEALTHCARE CORPORATION, IASIS HEALTHCARE, LLC, Appellants

NO. 14-13-00617-CV             V.

REGINA WALKER, INDIVIDUALLY AND AS SURVIVING SPOUSE AND HEIR OF THADDAUS WALKER, DECEASED AND TRACY WALKER, THADDEUS WALKER, LARRY WALKER, REGINALD WALKER AND TIFFANY BRITTON AS CHILDREN AND HEIRS OF THADDAUS WALKER, DECEASED, Appellees

_____

This cause, an interlocutory appeal from the trial court's order of July 1, 2013 denying appellant SJ Medical Center, LLC d/b/a St. Joseph Medical Center's "Motion to Dismiss and Objections to Plaintiffs' Original and Amended Chapter 74 Expert Reports," was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause with instructions to the trial court to (a) sever the claims against SJ Medical Center from the remainder of the action; (b) assess and award to SJ Medical Center its reasonable attorney's fees and costs incurred; and (c) dismiss the claims against it with prejudice, in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees Regina Walker, Tracy Walker, Thaddeus Walker, Larry Walker, Reginald Walker, and Tiffany Britton.

We further order this decision certified below for observance.